

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 27, 2020

**BY EMAIL and ECF**
The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: *United States v. Jeyson Disla, 20 cr. 222*

Dear Judge Hellerstein:

  The Government respectfully requests a date for an initial pretrial conference before the Court in the above-captioned matter. The defendant was indicted on or about March 19, 2020. Per the Court's request, the Honorable Sarah L. Cave, United States Magistrate Judge, arraigned the defendant on the Indictment on or about March 26, 2020.

  The Government additionally respectfully requests that the Court exclude time under the Speedy Trial Act until the date of the initial pretrial conference so that the Government can begin to produce discovery and engage in plea discussions.

          Very truly yours,

          GEOFFREY S. BERMAN
          United States Attorney


        by: */s Mathew Andrews*
          Mathew Andrews
          Assistant United States Attorney
          (212) 637-6526