UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
     United States,                   :

                                :

         -against-             :         **SCHEDULING ORDERS**

                                  :

     Jayson Disla.              :

                                  :         20 Cr. 222 (AKH)

                                  :

                  Defendants.    :
-------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

           The parties are hereby ordered to appear for a video/tele pre-trial conference on Monday,

August 10, 2020, at 9:00 a.m., which conference will be held via the following call-in number:

           Call-in number: 855-268-7844
           Access code: 32091812#
           Pin:   9921299#

To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs all those calling in

(other than counsel) to mute their telephones.


           SO ORDERED.

Dated:       New York, New York
              August 7, 2020

                                  ALVIN K. HELLERSTEIN, U.S.D.J.