UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　-v-　　　　　　　　　　　　　: **SCHEDULING ORDER**
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　: 20 Cr. 222(AKH)
JEYSON DISLA,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendant.　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

　　　　　　The parties are hereby ordered to appear for a sentencing on December 2, 2020 at 9:00 a.m., which sentencing will be held via the following call-in number:

　　　　**Call-in number: 888-363-4749**

　　　　**Access code: 7518680**

　　　　　　To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the sentencing.

　　　　　　Finally, no later than December 1, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

　　　　　　SO ORDERED.

Dated:　　December 1, 2020　　　　　　_____/s/_____
　　　　　　New York, New York　　　　　　　　ALVIN K. HELLERSTEIN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge