

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 18, 2023

**BY ECF & HAND**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
New York, New York 10007

> The pending specifications are dismissed.
> So Ordered.
> /s/Alvin K. Hellerstein, U.S.D.J.
> 5/8/23

    Re:    *United States v. Jeyson Disla*, 20 Cr. 222 (AKH)

Dear Judge Hellerstein:

    The parties jointly respectfully request that the Court dismiss the pending specifications against Mr. Disla without prejudice. Probation joins in this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    Mathew S. Andrews
    Assistant United States Attorney
    (212) 637-6526